UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Lois Ford-Kimbrough,                  Case No. 3:21-cv-2161

         Plaintiff

    v.                                 **MEMORANDUM OPINION**
                                          **AND ORDER**

State of Ohio, *et al.*,

         Defendants

       Plaintiff Lois Ford-Kimbrough filed a *pro se* complaint in this action against the State of Ohio and United States Department of Treasury. (Doc. No. 1.)

       Her complaint is incomprehensible. It consists of a list of unclear legal assertions and claims, without any cogent supporting factual allegations, as to which she seeks $10 million in damages.

       Plaintiff did not pay the filing fee in the case, but instead filed an application to proceed *in forma pauperis*. (Doc. No. 2.) The application, however, is not complete. Plaintiff failed to include any specific information concerning her income, employment, assets, or debts, but simply noted "N/A" throughout her entire application. *See id.*

       Pursuant to 28 U.S.C. § 1915(a), a court may authorize the commencement of an action without prepayment of fees if an applicant has shown by affidavit that he satisfies the criterion of poverty. Proceeding in forma pauperis, however, is a privilege and not a right. *Wilson v. Yaklich*, 148 F.3d 596, 603 (6th Cir. 1998); *Weaver v. Toombs*, 948 F.2d 1004, 1008 (6th Cir. 1991); *Marshall v. Beshear*, 2010 WL 5092713, at *3 (W.D. Ky.). Plaintiff did not make a sincere

attempt to complete the form, and she has not established that she meets the criterion of poverty necessary to be granted leave to proceed *in forma pauperis* in federal court.

Accordingly, plaintiff's application to proceed *in forma pauperis* in this matter (Doc. No. 2) is denied, and this action is dismissed without prejudice. Within thirty (30) days of the date of this Order, plaintiff may reopen this case by paying the full filing fee of $402.00 and filing a Motion to Reopen. No additional filing by the plaintiff, however, including a Motion to Reopen, will be accepted by the court unless it is preceded or accompanied by payment of the full filing fee within the time specified above.

I further certify, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge